UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **HENRY TANYIKE #A203-593-847,**<br>Plaintiff | **CIVIL DOCKET NO. 1:21-CV-00493-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ALEJANDRO MAYORKAS,**<br>Defendant | **MAGISTRATE JUDGE JOSEPH H. L.**<br>**PEREZ-MONTES** |

### J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 6], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in Chambers on this 21st day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE